In the Matter of the Application of ELEANOR CROUSE BARNUM and Another, Individually and as Executors, etc., of LUCIA L. CROUSE, Deceased, Respondents, for an Order that CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, Appellants, Show Cause Why the Assessment, etc., of 1933 Should Not Be Declared Erroneous, etc.— Order affirmed, with ten dollars costs and disbursements. We construe the order of reference to be one to take proof and report and not to vest in the referee any power to make a determination upon a question of fact or law. The findings of fact and conclusions of law to be reported, therefore, are merely for the assistance of the judge in hearing and determining the matter, and we find the justification for a reference of this character in the words of the statute■ " and in such manner as such judge may direct." All concur; Edgcomb, J., not sitting.

JOHN J. SLY, Respondent, v. LOCKE INSULATOR CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.

BALDWINSVILLE STATE BANK, Appellant, v. VELVIT KNIT CORPORATION and Others, Defendants; CLINTON Fox, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.

GEORGE A. WERNER, as Administrator, etc., of ANDREW WERNER, Deceased, Respondent, v. DEAN G. CRIPPEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting

GEORGE L. CANFIELD, as Administrator, etc., of DALE E. CANFIELD, Deceased, Appellant, v. EASTERN GREYHOUND LINES, INCORPORATED, OF NEW YORK, Respondent.— Order affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

FRANK ZARNA, Respondent, v. THE AMERICAN LAUNDRY MACHINERY COMPANY, Appellant.— Order modified so as to confine the examination to the taking of the testimony of H. B. Hanley, foundry superintendent (who is conceded to be such), and as so modified, the order is affirmed, with ten dollars costs and disbursements to the respondent. The examination is hereby directed to be held on October fifth at ten A. M. All concur; Edgcomb, J., not sitting.

In the Matter of the Application of ADOLPH M. NEWMAN, Petitioner, for a Mandamus Order against JOHN L. STAEBER, County Clerk of Erie County, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and order of mandamus as to orders signed by Justice Hinkley and Judge Rowe granted, without costs. We deem section 534 of the Civil Practice Act irrelevant to this appeal. The county clerk is by statute made clerk of the Supreme Court and of the County Court and it is the duty of the clerk to receive for filing orders of the Supreme Court and the County Court. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN GILFUSA and Others, Defendants, Impleaded with SALVATORE LIMA, Appellant.— Judgment of conviction reversed on the facts and a new trial granted. All concur; Edgcomb, J., not sitting.